CHARLES C. HARRISON et al., Respondents, *v.* WILLIAM R. Ross et al., Appellants.

(Argued March 3, 1880 ; decided March 9, 1880.)

*F. C. Cantine* for appellants.

*John E. Parsons* for respondents.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.